LISA BARRÉ-QUICK, ESQ.
APRUZZESE, McDERMOTT,
MASTRO & MURPHY, P.C.
P.O. Box 112
Liberty Corner, New Jersey 07938
Telephone: (908) 580-1776
lbarrequick@ammm.com
Attorneys for Defendants Township of Union Board of Education,
Dr. Patrick Martin, James Damato, and Edward Gibbons

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENYE VIKI KNOX,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNION TOWNSHIP BOARD OF EDUCATION; DR. PATRICK MARTIN, Superintendent of Union Township Board of Education; JAMES DAMATO, Union Township Board of Education Secretary; EDWARD GIBBONS, Union High School Principal; John Does 1-5 (such names being fictitious).<br><br>                                    Defendants. | Case No.: 2:13-CV-05875 – KM-MAH<br><br>*CIVIL ACTION*<br><br><br>**AMENDED SCHEDULING ORDER** |

IT IS ON THIS 25th DAY OF November, 2015

**ORDERED AS FOLLOWS:**

1. Fact discovery is to remain open through **March 31, 2016**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **March 1, 2016**. All responding expert reports shall be delivered by ~~May 1, 2016~~ *April 4, 2016*. All expert reports are to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B). Expert discovery shall close on ~~June~~ 1, 2016. — *May 9, 2016*

_____
MICHAEL A. HAMMER, U.S.M.J.

3. There will be a telephone status conference on February 23, 2016 at 12:00 pm. Plaintiff shall initiate.