LAW OFFICES OF
## RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW

10-04 RIVER ROAD
FAIR LAWN, NEW JERSEY 07410

(201) 794-6200
FACSIMILE (201) 794-6300
WWW.LAWNYNJ.COM

**JOSEPH A. RUTA**
Member NY and NJ Bars

**STEVEN A. SOULIOS**
Member NY and NJ Bars

**DEMETRIOS K. STRATIS**
Member of NJ, PA, DC,
and US Supreme Court Bars
_____

**GABRIEL F. LUACES**
Member NJ Bar
_____

OF COUNSEL:
  MITCHELL LAPIDUS
  BARBAROS KARAAHMET
  JEFFREY JAFFE

OTHER OFFICES LOCATED AT:

370 LEXINGTON AVENUE
24TH FLOOR
NEW YORK, NY 10017
(212) 997-4500

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ELECTRONIC FILING

March 23, 2017

The Honorable Michael A. Hammer, US Magistrate Judge
District Court of New Jersey
M. L. King Jr Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE:   Knox v Union School Board et al
      Docket No. 2:13-cv-05875

Dear Judge Hammer:

Please be advised that I represent the Plaintiff with reference to the above-captioned matter which is scheduled for a telephone conference with Your Honor tomorrow at 11 am. I am scheduled to appear in Court on another matter and it involves out of state witnesses which I cannot adjourn. I would ask that the telephone conference tomorrow be adjourned. I have called my adversary for her consent and left a message as of the writing of this letter.

Thank you for Your Honor's courtesies in this regard.

Respectfully submitted,

*Demetrios K. Stratis/s*

Demetrios K. Stratis

DKS:dp

Cc:   Lisa Barre-Quick, Esq. via electronic mail